IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Philip Rosenbauer; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | No. 1:17-cv-02332-JEJ |
| v. | Class Action |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and TERESA MILLER, in her capacity as Acting Secretary of the Department of Human Services, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), Plaintiffs, through their next friends and counsel, submit this Motion for Class Certification. Plaintiffs respectfully request that the Court certify this case to proceed on behalf of the following Class: "All Pennsylvania children and youth under the age of 21 who, now or in the future, are adjudicated dependent and have diagnosed mental health disabilities." In

support of this Motion, Plaintiffs submit a Brief and Exhibits, which are incorporated by reference in this Motion.  Defendants do not concur in this Motion.  *See* Certificate of Non-Concurrence (attached).

                                              Respectfully submitted,

Dated:  December 22, 2017      By:  /s/ Kelly Darr
                                              Kelly Darr (PA 80909)
                                              Shanon Levin (PA 86040)
                                              Rachel Mann (PA 49267)
                                              Gabriella Labella (PA 87858)
                                              Disability Rights Pennsylvania
                                              1315 Walnut Street, Suite 500
                                              Philadelphia, PA  19107-4705
                                              (215) 238-8070
                                              (215) 772-3126
                                              kdarr@disabilityrightspa.org

                                              and

                                              Jeni Hergenreder (PA 208282)
                                              Disability Rights Pennsylvania
                                              429 Fourth Avenue, Suite 701
                                              Pittsburgh, PA  15219-1505
                                              (412) 391-5225
                                              (412) 467-8940 (fax)

                                              Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Kelly Darr, hereby certify that a true and correct copy of Plaintiffs' Motion for Class Certification was served on the following by first-class mail, postage prepaid on this 22nd day of December, 2017:

> Teresa Miller, Acting Secretary
> Department of Human Services
> 333 Health & Welfare Building
> Harrisburg, PA  17120
>
> Doris M. Leisch, General Counsel
> Department of Human Services
> 3rd Floor West, Health & Welfare Building
> Harrisburg, PA  17120

/s/ Kelly Darr
Kelly Darr