IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Philip Rosenbauer; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated, | : : : : : : : : : : |
| Plaintiffs, | : No. 1:17-cv-02332-JEJ |
| v. | : Class Action |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and TERESA MILLER, in her capacity as Acting Secretary of the Department of Human Services, | : : : : |
| Defendants. | : |

## ORDER

Having considered Plaintiffs' uncontested Motion for Approval of the Class Notice and Notice Distribution Plan, this Court finds that Plaintiffs' proposed form of Class Notice and proposed distribution plan for the Class Notice is appropriate and will fairly protect the interests of absent class

members who will be bound by any settlement or judgment that is entered. Accordingly, the Motion is hereby GRANTED.

    1.    Within forty-five (45) days of the date this Order is entered, Class counsel will distribute the Class Notice (submitted as Exhibit A to the Motion) to the following individuals and organizations: (a) individuals and organizations that represent children in the juvenile dependency system to the extent that Class counsel is able to obtain the contact information for those individuals and organizations; and (b) Court Appointed Special Advocate organizations.

    2.    Within twenty-one (21) days of the date this Order is entered, Class counsel will post the Class Notice on the website of Disability Rights Pennsylvania.

    3.    Within twenty-one (21) days of the date this Order is entered, Class counsel will distribute the Class Notice to members of Disability Rights Pennsylvania's listserv.

    4.    Class counsel will submit a Declaration attesting that they distributed the Notice in accordance with this Order no later than sixty (60)

days after this Order is entered.

    Entered this \_\_\_7th\_\_\_ day of \_\_\_May_____, 2018.

                      BY THE COURT:

                        _____
                      The Honorable John E. Jones III
                      United States District Judge