IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Philip Rosenbauer; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and TERESA MILLER, in her capacity as Secretary of the Department of Human Services,<br><br>　　　　　　　　　　　Defendants. | FILED SCRANTON<br>MAR 0 3 2022<br>Per_____ DEPUTY CLERK<br><br>No. 1:17-cv-02332<br><br>Class Action |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Stay of Discovery Deadlines, it is hereby ORDERED on this 3rd day of March, 2022 as follows:

1. The Motion is GRANTED.

2. The deadlines imposed in the Scheduling Order dated June 24, 2021 (Doc. 64) are hereby STAYED.

3. The parties shall file a joint statement with the Court advising of the status of settlement discussions within three (3) months from the date of this order.

BY THE COURT:

_____
The Honorable Robert D. Mariani
United States District Judge