IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.R., by and through his next friend, Allison Ware; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs<br><br>　　　v.<br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and VALERIE A. ARKOOSH, in her capacity as Secretary of the Department of Human Services,<br>　　　　　　　　Defendants | : : : : : : : : : : : : : : : : : : : : : | No. 1:17cv2332<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 30th day of October 2024, upon consideration of the parties' joint status report. (Doc. 78), it is hereby **ORDERED** that on or before **November 8, 2024**, the parties shall submit a joint status report providing the results of the recent in-person meetings involving counsel and representatives of the parties and indicating whether a settlement conference with a United States Magistrate Judge would be productive at this time.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court