IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R. by and through his next friend, Allison Ware; THEODORE SMITH, by and through his next friend Ashley Maddison, S.H., by and through her next friend Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and others similarly situated, <br><br>　　　　Plaintiffs <br>　　v. <br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and VALERIE A. ARKOOSH, in her capacity as Secretary of the Department of Human Services, <br>　　　　Defendants | 1:17CV2332 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 21st day of February 2025 the above-captioned case is hereby **REFERRED** to Magistrate Judge Phillip J. Caraballo for purposes of settlement.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Julia K. Munley*
　　　　　　　　　　　　　　　　　　　　　　　**Julia K. Munley**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**