IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Allison Ware; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and VALERIE A. ARKOOSH, in her capacity as Secretary of the Department of Human Services,<br>　　　　Defendants | No. 1:17cv2332<br><br>(Judge Munley) |

## ORDER

Upon notice to the court by United States Magistrate Judge Phillip J. Caraballo that the parties in the above captioned case have agreed to the terms of a settlement prior to a settlement conference, (Doc. 87), it is hereby

**ORDERED** that the Clerk of Court is directed to administratively close this case.

The parties shall file a joint status report on or before **May 9, 2025**, regarding a

petition for approval and any other matters required to consummate the settlement.

Date: 5/1/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court