IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Allison Ware; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>     v.<br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and VALERIE A. ARKOOSH, in her capacity as Secretary of the Department of Human Services,<br><br>       Defendants. | No. 1:17-cv-02332-JKM<br><br>Class Action |

## JOINT STATUS REPORT

The Parties, through their counsel, submit this Joint Status Report pursuant to the Court's May 1, 2025 Order.

1. On December 18, 2017, Plaintiffs, six Pennsylvania youth who were adjudicated dependent and have mental health disabilities, filed a Complaint on behalf of themselves and a class of similarly situated youth.  (Doc. 1).

2.      On April 3, 2018, the Court certified this case to proceed as a class action pursuant to Rule 23(b)(2) on behalf of the following:  "All Pennsylvania children and youth under age 21 who, now or in the future, are adjudicated dependent and have diagnosed mental health disabilities."  (Doc. 22).

3.      Plaintiffs' Complaint alleges that Defendants have failed to adequately serve class members through Defendants' mental health and child welfare systems in violation of the federal Medical Assistance statute, the Americans with Disabilities Act, and the Rehabilitation Act of 1973. (Doc. 1).

4.      Following years of extensive fact discovery and some preliminary settlement discussions, Defendants filed an Unopposed Motion to Stay Discovery, which this Court granted on March 3, 2022, to provide the Parties with an opportunity to negotiate a comprehensive settlement.

5.      Earlier this week after years of extensive negotiations, the Parties reached agreement on all terms of a written settlement agreement with one minor exception.  Although the Parties have tentatively reached agreement on resolution of attorneys' fees, litigation expenses, and costs, Defendants' counsel has advised that final approval is needed and Defendants' counsel is in the process of obtaining that approval.

6.      The Parties anticipate being able to obtain the approvals necessary to execute the agreement on or before May 30, 2025.

7.     Pursuant to Federal Rule of Civil Procedure 23(e), the Court must approve the settlement agreement following a fairness hearing and dissemination of class notice. The terms of the settlement agreement require Plaintiffs to file a motion for preliminary approval of the settlement agreement along with a request to approve issuance of class notice with this Court within three weeks of the agreement's execution. Accordingly, barring any delays, Plaintiffs anticipate filing that motion in June which, if approved, will establish the schedule for notice, briefing, and a date for the fairness hearing.

Respectfully submitted,

Date: May 9, 2025

*/s/ Jeni Hergenreder*
Jeni Hergenreder
Attorney I.D. No. 208282
Disability Rights Pennsylvania
429 Fourth Avenue, Suite 1404
Pittsburgh, PA  15219-1505
jhergenreder@disabilityrightspa.org


*/s/* Matthew J. McLees
Matthew J. McLees
Attorney I.D. No. 71592
Department of Human Services
Office of General Counsel
625 Forster Street
3rd Floor West, Health & Welfare Building
Harrisburg, PA  17120
mmclees@pa.gov

3

## CERTIFICATE OF SERVICE

I, Jeni Hergenreder, hereby certify that a true and correct copy of the

Parties' Joint Status Report was filed with the Court's ECF system on May 9,

2025, and is available for viewing and downloading from the ECF system by the

following counsel who consented to electronic service:

Matthew J. McLees
Attorney I.D. No. 71592
Department of Human Services
Office of General Counsel
625 Forster Street
3rd Floor West, Health & Welfare Building
Harrisburg, PA  17120
mmclees@pa.gov

/s/ Jeni Hergenreder
Jeni Hergenreder