IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.R., by and through his next friend, Allison Ware; THEODORE SMITH, by and through his next friend, Ashley Maddison; S.H., by and through her next friend, Julia Shmilovich; M.T., by and through his next friend, Ashley Maddison; N.C., by and through his next friend, Sue Walther; CHRYSTAL STEWARD, by and through her next friend, Deborah Fegan, on behalf of themselves and all others similarly situated, | : : : : : : : : : : : : |
| Plaintiffs, | : No. 1:17-cv-02332-JKM : |
| v. | : Class Action : |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES and VALERIE A. ARKOOSH, in her capacity as Secretary of the Department of Human Services, | : : : : : : |
| Defendants. | : : |

## **JOINT STATUS REPORT**

The Parties, through their counsel, submit this Joint Status Report.

1.  On December 18, 2017, Plaintiffs, six Pennsylvania youth who were adjudicated dependent and have mental health disabilities, filed a Complaint on behalf of themselves and a class of similarly situated youth.  (Doc. 1).

2. On April 3, 2018, the Court certified this case to proceed as a class action pursuant to Rule 23(b)(2) on behalf of the following: "All Pennsylvania children and youth under age 21 who, now or in the future, are adjudicated dependent and have diagnosed mental health disabilities." (Doc. 22).

3. Plaintiffs' Complaint alleges that Defendants have failed to adequately serve class members through Defendants' mental health and child welfare systems in violation of the federal Medical Assistance statute, the Americans with Disabilities Act, and the Rehabilitation Act of 1973. (Doc. 1).

4. Following years of extensive fact discovery and some preliminary settlement discussions, Defendants filed an Unopposed Motion to Stay Discovery, which this Court granted on March 3, 2022, to provide the Parties with an opportunity to negotiate a comprehensive settlement.

5. After years of extensive negotiations, the Parties have reached agreement on all terms of a written settlement agreement and have a finalized settlement agreement.

6. The Parties are now in the process of obtaining the signatures on the finalized settlement agreement necessary to execute the agreement.

7. The Parties anticipate being able to obtain the signatures necessary to execute the agreement on or before June 12, 2025.

8.      Pursuant to Federal Rule of Civil Procedure 23(e), the Court must approve the settlement agreement following a fairness hearing and dissemination of class notice. The terms of the settlement agreement require Plaintiffs to file a motion for preliminary approval of the settlement agreement along with a request to approve issuance of class notice with this Court within three weeks of the agreement's execution. Accordingly, barring any delays, Plaintiffs anticipate filing that motion no later than early July which, if approved, will establish the schedule for notice, briefing, and a date for the fairness hearing.

                              Respectfully submitted,

Date:  May 29, 2025

                              /s/ *Jeni Hergenreder*
                              Jeni Hergenreder
                              Attorney I.D. No. 208282
                              Disability Rights Pennsylvania
                              429 Fourth Avenue, Suite 1404
                              Pittsburgh, PA  15219-1505
                              jhergenreder@disabilityrightspa.org


                              /s/*Matthew J. McLees*
                              Matthew J. McLees
                              Attorney I.D. No. 71592
                              Department of Human Services
                              Office of General Counsel
                              625 Forster Street
                              3rd Floor West, Health & Welfare Building
                              Harrisburg, PA  17120
                              mmclees@pa.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Parties' Joint Status Report was filed with the Court's ECF system on May 29, 2025 and is available for viewing and downloading from the ECF system by the following counsel who consented to electronic service:

Jeni Hergenreder, Esquire
jhergenreder@drnpa.org
Shari A. Mamas, Esquire
smamas@disabilityrightspa.org
Disability Rights Pennsylvania
429 Fourth Avenue, Suite 1404
Pittsburgh, PA  15219-1505

*/s/Matthew J. McLees*
Matthew J. McLees